UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANASTACIO REYNA,

       Plaintiff,

Case No. 5:04-cv-114

v.

Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

JUDGMENT APPROVING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On July 13, 2005, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R. Therefore, the court hereby approves and adopts the R & R as the decision of the court.

The decision of the Commissioner of Social Security is **reversed and this matter is remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g)**.

Dated: September 9, 2005                            /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                    Senior U.S. District Judge